AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.

Julio Cesar CRUZ-Rojas

A200 814 215

AKA:

IAE

the United Mexican States     YOB:   1989

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:   7:10-po-03045

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 25, 2010** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did

(*Track Statutory Language of Offense*)

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)   (Misdemeanor)**

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

**Julio Cesar CRUZ-Rojas was encountered by Border Patrol Agents near Mission, Texas on May 26, 2010. When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on May 25, 2010, by wading across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/   **Frediberto Hernandez    Senior Patrol Agent**
**Signature of Complainant**

Sworn to before me and subscribed in my presence,

**May 27, 2010**                                                        at   **McAllen, Texas**
**Date**                                                                          **City and State**

**Dorina Ramos**, **U.S. Magistrate Judge**
**Name and Title of Judicial Officer**                              **Signature of Judicial Officer**